IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ALEJANDRA YISSEL FLORES-CANACA, *aka Helen Fernanda Flores-Flores, aka Yissel Flores-Canaca*,<br><br>    Defendant. | MJ 22-85-BLG-TJC<br><br>**ORDER** |

Upon motion of the United States (Doc. 3), and for good cause shown,

IT IS ORDERED that the Criminal Complaint filed on June 22, 2022 is DISMISSED.

IT IS FURTHER ORDERD that the warrant issued in this case is QUASHED.  The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 19th day of July, 2022.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge